ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 10-47680 |
| JOHN M. GUERIN AND AMY L. GUERIN, | RS No.   ETL-912 |
| Debtors. | Chapter 13 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION , and its successors and/or assignees, | **JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | HEARING DATE:<br>DATE: JULY 13, 2011<br>TIME:   10:30 A.M.<br>CTRM:  220 |
| vs. | |
| JOHN M. GUERIN AND AMY L. GUERIN, Debtors, and Martha G. Bronitsky, Trustee, | |
| Respondents. | |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and its successors and/or assignees ("JPMORGAN CHASE BANK"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 3544 HILLSBOROUGH DRIVE, CONCORD, CA 94520.

Debtors in the above numbered Chapter 13 Case has failed to make post-petition

MOTION FOR RELIEF

1 | payments.

2 |

3 |         This Motion is based upon the attached Declaration and the Memorandum of Points and

4 | Authorities attached hereto, as well as upon the documents filed in support of the Motion.

5 | DATED: June 22, 2011                     Respectfully Submitted,

6 |                                MALCOLM ♦ CISNEROS, A Law Corporation

7 |

8 |                        By:  /s/ *Erica T. Loftis*

9 |                           ERICA T. LOFTIS
                          Attorneys for Movant

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case: 10-47680   Doc# 39   Filed: 06/23/11   Entered: 06/23/11 16:03:09   Page 2 of 2