ERICA T. LOFTIS, #259286
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California  92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JOHN M. GUERIN AND AMY L. GUERIN,<br><br>        Debtors.<br>_____<br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION , and its successors and/or assignees,<br><br>        Movant,<br><br>vs.<br><br>JOHN M. GUERIN AND AMY L. GUERIN, Debtors, and Martha G. Bronitsky, Trustee,<br><br>        Respondents. | Bankruptcy Case No. 10-47680<br><br>RS No.   ETL-912<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON JPMORGAN CHASE BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: JULY 13, 2011<br>TIME:  10:30 A.M.<br>CTRM:  220 |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      PLEASE TAKE NOTICE that JPMORGAN CHASE BANK, NATIONAL ASSOCIATION , and its successors and/or assignees ("JPMORGAN CHASE BANK"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 13 case. The Motion will be heard before the Honorable WILLIAM J. LAFFERTY on JULY 13, 2011 at 10:30 A.M., in Courtroom 220, at the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California.

NOTICE OF MOTION FOR RELIEF
AS/JPM/m93328
1

Pursuant to Local Bankruptcy Rule 4001-1(a) respondents opposing the Motion shall appear personally or by counsel at the hearing. Respondents will not be required to, but may, file responsive pleadings, points and authorities, and declaration for any preliminary hearing.

DATED: June 22, 2011           Respectfully Submitted,

MALCOLM ♦ CISNEROS, A Law Corporation


By: /s/ *Erica T. Loftis*
    ERICA T. LOFTIS
    Attorneys for Movant